|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF PUERTO RICO | |
| ISABEL TORRES ALAMO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMONWEALTH OF PUERTO RICO,<br>et al.,<br><br>    Defendants. | Civil No. 05-1955 (JAF) |

**O R D E R**

Plaintiff, Isabel Torres-Alamo, brought this action against Defendants, the Commonwealth of Puerto Rico, the Puerto Rico Department of the Family ("Family Department"), Yolanda Zayas, and Rosa Fuentes, on September 8, 2005, alleging violations of the U.S. Constitution, the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12101-12213, the Rehabilitation Act of 1973, 29 U.S.C. § 794, and Puerto Rico law. Docket Nos. 1, 47. Defendants moved to dismiss Plaintiff's amended complaint on December 17, 2007. Docket No. 49. On July 22, 2008, we dismissed Plaintiff's claims under the U.S. Constitution, the Rehabilitation Act, and Title V of the ADA against all Defendants, as well as Plaintiff's ADA Title I claims against Defendants Zayas and Fuentes in their personal capacities. Docket No. 61. The remainder of Plaintiff's claims survived. Id. On October 8, 2008, Plaintiff moved for reconsideration of the dismissal of her Rehabilitation Act claims. Docket No. 63.

We entertain motions for reconsideration "if they seek to correct manifest errors of law or fact, present newly-discovered

Civil No. 05-1955 (JAF)                                              -2-

evidence, or when there is an intervening change in the law." Lima-Rivera v. UHS of P.R., Inc., No. 04-1798, 2005 WL 2095786, at *4 (D.P.R. Aug. 30, 2005) (citing Rivera Surillo & Co. v. Falconer Glass Indus., Inc., 37 F.3d 25, 29 (1st Cir. 1994)).  Plaintiff has made no showing, nor do we find, that any of these circumstances are present here.

Accordingly, we **DENY** Plaintiff's motion for reconsideration, Docket No. 63.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 24th day of September, 2008.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                        U.S. District Judge